# CASES

## ARGUED AND DETERMINED

### IN THE

# SUPREME COURT OF ARKANSAS,

### AT THE JANUARY TERM, A. D. 1855.

---

## STATE BANK VS. RODDY.

Where one of several defendants pleads to the action, and the plaintiff replies, and on motion of a co-defendant, the original writ of summons is quashed, and judgment "that he go hence," there is no final judgment in favor of the defendant pleading, to which a writ of error will lie.

*Writ of Error to Jackson Circuit Court.*

S. H. HEMPSTEAD, for the plaintiff.

FOWLER, for the defendant, moved to dismiss the writ of error.

Mr. Chief Justice ENGLISH delivered the opinion of the Court.

The Bank of the State brought an action of debt, in the Jackson Circuit Court, against Roddy, Tayman and Fulcher, upon a writing obligatory. At the return term, the death of Tayman was suggested, and a *scire facias* ordered for the purpose of substituting his administrator. Roddy filed a plea of the statute of

51ᴮᴮ

limitations, and the cause was continued. At the next term, the plaintiff replied to the plea of Roddy, and moved to quash the *scire facias* issued to bring in Tayman's administrators, and that the cause proceed against the surviving defendants. On the motion of the defendant, Fulcher, the original writ of summons was quashed for the want of a seal, and judgment that Fulcher go hence — to which the plaintiff excepted. It does not appear, in the transcript before us, that any disposition was made of the cause, or final judgment, as to the defendant Roddy.

The plaintiff brought error against Roddy, suggesting, in the writ of error, the death of Tayman and Fulcher.

The motion of the defendant in error to dismiss the cause for want of a final judgment as to him, in the court below, must be sustained.